# In the United States Court of Federal Claims

No. 06-761 T
(Filed January 26, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *
**STEPHEN N. VALLARI and BARBARA D. VALLARI**

Plaintiffs,

v.

**UNITED STATES**,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The joint motion for suspension of proceedings is GRANTED. The necessary agreement by both judges being present to promote docket efficiency and the efficient administration of justice, pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, the joint motion to transfer this matter is GRANTED. It is hereby ORDERED that this case is TRANSFERRED to Judge Lawrence J. Block.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge