# In the United States Court of Federal Claims

**No. 06-761 T**

**Filed: January 26, 2007**

**STEPHEN N. VALLARI**
**BARBARA D. VALLARI**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Lawrence J. Block**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

s/Brian Bishop
Brian Bishop, Clerk of Court